**John Carlos TORRES, Plaintiff-Appellant,**

v.

**NATIONSTAR MORTGAGE, LLC, Its Successors and/or Assigns; Does, 1-25 Inclusive, Defendants-Appellees.**

**No. 16-56023**

United States Court of Appeals, Ninth Circuit.

Submitted June 26, 2017 *

Filed July 3, 2017

John Carlos Torres, Pro Se

Howard D. Hall, Attorney, Green & Hall, LLP, Santa Ana, CA, for Defendant-Appellee

Before: PAEZ, BEA, and MURGUIA, Circuit Judges.

MEMORANDUM **

John Carlos Torres appeals pro se from the district court's judgment dismissing his action seeking rescission of his home loan due to alleged violations of the Truth in Lending Act ("TILA"). We have jurisdiction under 28 U.S.C. § 1291. We review de novo the district court's dismissal under Fed. R. Civ. P. 12(b)(6). *Dumas v. Kipp*, 90 F.3d 386, 389 (9th Cir. 1996). We affirm.

The district court properly dismissed Torres' action because Torres' TILA rescission claim is time-barred. *See* 15 U.S.C.

---

ed by Ninth Circuit Rule 36-3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

§ 1635(f) (borrower has three years to rescind under TILA); *Miguel v. Country Funding Corp.*, 309 F.3d 1161, 1164 (9th Cir. 2002) (three-year limitation period under TILA is a statute of repose that once expired completely extinguishes the underlying right).

We do not consider matters not specifically and distinctly raised and argued in the opening brief, or arguments and allegations raised for the first time on appeal. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.